Dear Courts,

FILED
**November 25, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

I am writing to ask for a reschedule in my BK case. Unfortunately, my only co worker is going to be unexpectedly out of the branch for at least a week. I cannot leave work. I am asking for a reschedule or possibly via zoom.

Thank you for your consideration to this matter and I appreciate your flexibility.

Alysse Saucedo

Case# 1:24-bk-02899-HWV