Dear Courts,

FILED
**December 2, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

I am writing to request a continuation of my BK case hearing. Last week my coworker left unexpectedly, leaving me the only person to run the branch. I apologize for the request of change as I did not realize that Covid was still around and required a quarantine time. She is expected to return from her leave on December 11th. I appreciate your forgiveness in this matter as its peak holiday season and my presence is mandatory in the branch. I could be open to a virtual hearing if possible.

Thank you for your attention to this matter.

Alysse Saucedo

Case# 1 24 bk 02899 hwv