United States Bankruptcy Court
Middle District of Pennsylvania

In re:        Case No. 24-02899-HWV
Alysse L Saucedo        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 03, 2024      Form ID: pdf010      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5667354 | + | Lakeview M&T Bank, PO Box 619063, Dallas TX 75261-9063 |
| 5668095 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: alyssechilds@gmail.com | Dec 03 2024 18:38:00 | Alysse L Saucedo, 6524 Fairfax Dr, Harrisburg, PA 17111-6819 |
| 5668091 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 03 2024 18:38:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5670020 | | Email/Text: G06041@att.com | Dec 03 2024 18:38:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5668191 | + | Email/Text: famc-bk@1stassociates.com | Dec 03 2024 18:38:00 | MRV Banks, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5667356 | + | Email/Text: unger@members1st.org | Dec 03 2024 18:38:00 | Members 1st FCU, 5000 Louise Dr, Mechanicsburg PA 17055-4899 |
| 5667355 | + | Email/Text: Unger@Members1st.org | Dec 03 2024 18:38:00 | Members 1st Federal CU, PO Box 8893, Camp Hill PA 17001-8893 |
| 5667992 | | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2024 18:38:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5669282 | + | Email/Text: bncmail@w-legal.com | Dec 03 2024 18:38:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| ALYSSE L. SAUCEDO, | : | |
| | : | CASE NO. 1:24-bk-02899-HWV |
| Debtor. | : | |

## ORDER

Upon consideration of the Debtor's request for a 30 day waiver of the credit counseling requirements of 11 U.S.C. § 109(h), Doc. 1, and it appearing that the Debtor failed to provide a reason for such waiver, and after notice and a hearing at which the Debtor failed to appear, it is

**ORDERED** that the request is **DENIED** and the above-captioned case is dismissed for the Debtor's ineligibility to be a debtor under 11 U.S.C. § 109(h).

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 3, 2024